IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 00-cr-00439-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

18.    Altonese Oliver,

    Defendant.

## ORDER EXONERATING BOND

This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was continued on supervised release, after a Petition for Violation of Supervised Release was filed. As a result, all the conditions of an appearance bond imposed by the court as a post trial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED this 27th day of December, 2011.

                                               **BY THE COURT:**

                                               Marcia S. Krieger
                                               United States District Judge